**William E. Sharp, appellee, v. Charles Cohn, appellant. Gen. No. 29,465.**

Suit on agreement to pay for repair of automobile damaged by defendant's minor son. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925.

Bulkley, More & Tallmadge, for appellant. Adams & White, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Claude R. Faunt, appellee, v. Henry G. Elfborg, appellant. Gen. No. 29,504.**

Suit to recover shares of stock. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed March 9, 1925. Rehearing denied March 23, 1925.

Jeffery, Townley, Wild, Campbell & Clark, for appellant; Morris Townley, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; Charles F. Rathbun and Robert M. Golding, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Carrie A. Maginnis, appellant, v. Eugene Maginnis, appellee. Gen. No. 29,573.**

Divorce. Order modifying alimony provisions in decree. Appeal from the Circuit Court of Cook county; the Hon. Thomas J. Lynch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 9, 1925.

Millard R. Powers, for appellant. George A. McCorkle and Edward G. Purkhiser, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**E. C. Meyers, trading as Meyers Motor Car Company, appellant, v. Cox-Stratton Company, appellee. Gen. No. 29,583.**

Suit on contract of sale. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925. Rehearing denied March 23, 1925.

D. M. Dever and Moses H. Kamerman, for appellant. Tyrell & McCarthy and Frank J. Tyrell, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.